UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
17 JAN 24 PM 3:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16CR0156-BEN |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MIRIAM RIOS (2), | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

TITLE 21 U.S.C. §952,960; TITLE 21 U.S.C. §952,960,963;

TITLE 18 U.S.C. §2.

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 17, 2017

Hon. Roger T. Benitez
U.S. District Judge